UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al, ex rel. MARY HAGGARD | ) ) ) | |
| v. | ) ) | NO. 3:12-0669 JUDGE CAMPBELL |
| MAYFIELD REHAB & SPECIAL CARE CENTER, et al. | ) ) | |

## SEALED ORDER

This is an action filed under the False Claims Act pursuant to 31 U.S.C. § 3729 et seq. Federal law provides that the "complaint shall be filed in camera, shall remain under seal for at least 60 days, and shall not be served on the defendant until the court so orders." 31 U.S.C. § 3130(b)92).

Accordingly, the Relator's Ex Parte Motion (Docket No. 2) is GRANTED and pursuant to 31 U.S.C. § 3730(b)(2), this action shall be filed under seal and shall remain under seal pending further order of the Court.

The United States of America and the Realtor shall notify the Court on or before September 3, 2012, of any reasons why the case should not be unsealed at that time. If the case is not unsealed at that time, the parties shall file a notice with the Court every 60 days regarding whether the case should remain sealed.

The Clerk shall file this Order under seal and shall serve a copy of this Order on the United States Attorney and upon Plaintiff/Realtor.

It is so ORDERED.

                                  _____
                                  TODD J. CAMPBELL
                                  UNITED STATES DISTRICT JUDGE