UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, | ) | |
| MARY HAGGARD, | ) | |
| | ) | |
| Plaintiffs, | ) | CIVIL CASE NO. 3:12-cv-00669 |
| | ) | JUDGE CAMPBELL |
| v. | ) | MAGISTRATE JUDGE GRIFFIN |
| | ) | |
| DIVERSICARE MANAGEMENT SERVICES | ) | |
| MAYFIELD REHAB & SPECIAL CARE | ) | |
| CENTER, et al, | ) | **UNDER SEAL** |
| | ) | |
| Defendants. | ) | |

## ORDER

Upon consideration of the United States' Motion for a Partial Lifting of the Seal, Memorandum in Support, and for good cause shown,

IT IS HEREBY ORDERED that at the discretion of the United States, the United States may disclose and provide a copy of the Complaint, any amended complaints, related pleadings, or a subset of information contained therein to: (1) any state attorney general's office, Medicaid Fraud Control Unit, or any other state agency which, in the United States' discretion, would be of value to its investigation or may have similar claims against any of the Defendants; (2) relators and their counsel in any other subsequently filed *qui tam* actions against one or more of the Defendants as well as any other federal judicial districts and courts where such matters may be pending and; (3) Defendants and their counsel, any of their affiliated entities and their counsel, and any future defendants who may be added in any amended complaints and their counsel.

IT IS FURTHER ORDERED that the Complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED, this ___ day of _____, 2013.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DICTRICT JUDGE