UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. ) | |
| MARY HAGGARD ) | |
| ) | |
| v. ) | NO. 3:12-0669 |
| ) | JUDGE CAMPBELL |
| MAYFIELD REHAB & SPECIAL CARE ) | |
| CENTER, et al. ) | |

<u>SEALED ORDER</u>

Pending before the Court is a Motion for Stay Because of Lapse of Appropriations (Docket No. 31). The Motion is MOOT.

    IT IS SO ORDERED.

                                            _____
                                            TODD J. CAMPBELL
                                            UNITED STATES DISTRICT JUDGE